## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, ex rel. )
PAUL DIMATTIA AND F. FOLGER, )
TUGGLE, et al. )
                                )
          Plaintiffs, )
                                )        Civil Action No. 10-910-SLR
       v                          )       **FILED UNDER SEAL**
                                )
ASTRAZENECA LP and )
ASTRAZENECA )
PHARMACEUTICALS LP, )
                                )
          Defendants. )

## [PROPOSED] ORDER

Upon consideration of the United States' request to lift the statutory seal, having

intervened in part for the purposes of settlement and declined in part pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4), IT IS this __/0th__ day of February, 2015 ORDERED that:

1.       The Relators' Complaint, the United States' Notice of Intervention in Part for

Purposes of Settlement and Declination in Part and Request to Extend the Statutory Seal, and this

Order **shall be unsealed**;

2.       The United States shall have thirty (30) days from the date of this Order in which to

either serve its Complaint upon Defendants or move to dismiss the claims against Defendants; and

3.       All other papers and Orders previously filed in this matter shall **remain under seal**.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE